UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10CR546 HEA |
| KAREN MICHELLE SHEPUTIS, | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Monday, February 28, 2011, at 11:45 a.m. in the courtroom of the undersigned.

Dated this 24th day of February, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE